IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00740-MJW

CARL MEADOWS, and,
ETC SERVICES, INC.,

Plaintiff(s),

v.

DONALD MARK EWING, and,
ASSOCIATION OF GROUP TRAVEL ORGANIZERS INTERNATIONAL, INC.,
a Colorado corporation doing business as CME Travel Resources, Inc.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Protective Order (Docket No. 31) is GRANTED finding good cause shown. The written Protective Order (Docket No. 31-1) is APPROVED as amended in paragraph 10 and made an Order of Court.

Date: August 16, 2012