IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00740-MJW-CBS

CARL MEADOWS, and,
ETC SERVICES, INC.,

Plaintiff(s),

v.

DONALD MARK EWING, and,
ASSOCIATION OF GROUP TRAVEL ORGANIZERS INTERNATIONAL, INC.,
a Colorado corporation doing business as CME Travel Resources, Inc.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Reference to Magistrate Judge for Setting of Settlement Conference Pursuant to D.C.COLO.LCivR 72.1(C) (Docket No. 78) is granted.  By separate Order, the matter will be referred to Magistrate Judge Craig B. Shaffer to convene a settlement conference.  The parties shall change the caption of this case to reflect the addition of Magistrate Judge Shaffer's initials as reflected in the caption above.

Date: April 23, 2013