UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

12-cv-00740-MJW

CARL MEADOWS, and,
ETC SERVICES, INC.,

        Plaintiff(s),

v.

DONALD MARK EWING, and,
ASSOCIATION OF GROUP TRAVEL ORGANIZERS INTERNATIONAL, INC.,
a Colorado corporation doing business as CME Travel Resources, Inc.,

        Defendant(s).

---

**ORDER RE: JOINT UNOPPOSED MOTION FOR INCLUSION UNDER THE PROTECTIVE ORDER** ( Docket No 81 )

---

THE COURT having reviewed the Trustees' Joint Unopposed Motion for Inclusion Under the Protective Order, and being otherwise fully advised in the premises, it is hereby

**ORDERED** that Chapter 7 Trustee, Jeffery A. Weinman, Chapter 7 Trustee Glen R. Austine, and their respective counsel, are hereby included as parties to the August 16, 2012 Protective Order and the provisions of said Protective Order shall be binding on them.

DONE AND DATED this 6th day of MAY, 2013.

BY THE COURT:

By _____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO